CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAWRENCE JOHNSON,<br>Plaintiff, | Civil Action No. 7:08-cv-00022 |
| v. | **ORDER** |
| TERRY O'BRIEN, et. al.,<br>Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that all claims raised in this Bivens action are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), except the following Eighth Amendment claims against the named defendants:

a. use of excessive force by Officers Taylor and Welch on September 21, 2007; and

b. deliberate indifference to serious medical need on September 21, 2007, by Nurse A. Bishop.

By separate order, the court will direct the clerk to attempt service of process on these three defendants, and the clerk shall terminate all other claims against all other defendants.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 27th day of May, 2008.

/s/ James C. Turk
Senior United States District Judge