CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

**MAR 1 6 2009**

JOHN F. CORCORAN, CLERK
BY: _X. Uu/_ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAWRENCE JOHNSON, | ) | |
| | ) | Civil Action No. 7:08cv00022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER** |
| TIMOTHY TAYLOR, | ) | |
| WILLIAM WELCH, | ) | |
| AMANDA RUTHERFORD a/k/a | ) | |
| AMANDA BISHOP, | ) | |
| | ) | **By: Hon. James C. Turk** |
| Defendants. | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' Motion for Summary Judgment (Dkt. No. 40) is **GRANTED** on the ground that

Plaintiff failed to properly exhaust his available administrative remedies before commencing this

action. Therefore, Plaintiff's remaining claims are **DISMISSED** without prejudice pursuant to

42 U.S.C. § 1997e(a).

The Clerk of Court is directed to strike the case from the active docket of this court and to

send a copy of this Final Order and accompanying Memorandum Opinion to Plaintiff and

counsel of record for Defendants.

ENTER: This _16th_ day of March, 2009.

James C. Turk
Senior United States District Judge